JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIVAL KARON WRIGHT,<br><br>Petitioner,<br><br>v.<br><br>WARDEN H. B. ANGELA,<br><br>Respondent. | Case No. 2:18-cv-01225-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: October 25, 2018

JOHN D. EARLY
United States Magistrate Judge